

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| BENJAMIN TICE, JR., | § | No. 08-13-00014-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th Judicial District Court |
| EL PASO EDUCATION INITIATIVE, INC. d/b/a BURNHAM WOOD CHARTER SCHOOL DISTRICT, | § | of El Paso County, Texas |
| | § | (TC# 2012-DCV04513) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the Appellee's motion to dismiss the appeal for want of jurisdiction, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal for want of jurisdiction. Costs of this appeal are assessed against Appellant. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF MARCH, 2013.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.